UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA :       NOTICE

        - v. - :       16 Cr. 331 (WHP)

TONY PRITCHETTE, :

        DEFENDANT. :

------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed declarations of Sarah Baumgartel, Esq. and Tony Pritchette, and the attached Exhibits and Memorandum of Law, the undersigned will move this Court, before the Honorable William H. Pauley, III, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing statements obtained in violation of the Fifth Amendment to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such further relief as the Court deems just and proper.

Dated: New York, New York
      August 26, 2016

                                      Respectfully submitted,
                                      Federal Defenders of New York, Inc.
                                      /s/ Sarah Baumgartel
                              By:_____
                                      Annalisa Miron, Esq.
                                      Sarah Baumgartel, Esq.
                                      52 Duane Street, 10th Floor
                                      New York, New York 10007
                                      Tel.: (212) 417-8772

TO:    Preet Bharara, Esq.
        United States Attorney
        Southern District of New York
        One St. Andrew's Plaza
        New York, New York 10007
        Attn: AUSA Catherine E. Geddes, Esq.